**James S. Davis**, OSB# 982070
P.O. BOX 7399
Salem, OR 97303
Telephone: (503)363-8661
Facsimile: (503)363-8681
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **MONICA GARCIA,** | Case No.CV'11-6407 HO |
| Plaintiff, | **PLAINTIFF RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MONTION TO STRIKE.** |
| v. | |
| **WILLIAM AMES CURTRIGHT, AMES PROPERTIES LLC, AMES RESEARCH LABORATORIES,** | Request for Oral Argument |
| Defendants. | |

### LR 7.1 CONFERRAL

Pursuant to LR 7.1, Plaintiff's counsel has conferred with counsel for Defendant regarding this motion and the parties have been unable to resolve their differences.

### RESPONSE

Defendants filed a motion to dismiss and strike. Plaintiff moves this Court to dismiss this motion in its entirety. In response, Plaintiffs rely on the memorandum of law filed herewith. Plaintiff requests oral argument on this motion.

DATED this 17th day of February, 2012.

                                           s/James S. Davis
                                           James S. Davis OSB#98207
                                           Attorneys for Plaintiff
                                           P.O. Box 7399
                                           Salem, Oregon 97303

**TRUE COPY CERTIFICATION**

I certify the foregoing RESPONSE TO MOTION TO DISMISS is an exact and complete copy of the original thereof.

DATED this 17TH day of February, 2012.

                                            __s/James S. Davis_____
                                            James S. Davis        OSB#982070
                                            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of February, 2012, I served the on the following RESPONSE TO MOTION TO DISMISS by sending an exact and complete copy thereof by:

       _____Fax

       _____XX_____E-Mail TRANSMISSION (Federal Filing)

       _____XX_____UNITED STATES POST OFFICE at Salem, Oregon with Postage paid addressed to the respective party, as shown below, at that Party's regular address.

_____

Tyler Smith and Associates
181 N Grant St. STE 212
Canby, OR 97013

                                            _s/James S. Davis_____
                                            James S. Davis        OSB#982070
                                            Attorneys for Plaintiff