Tyler Smith, OSB No. 075287
Tyler Smith & Associates, P.C.
181 N. Grant St., Suite 212
Canby, OR 97013
Tel. No. 503-266-5590
Fax No. 503-266-5594
E-mail: tyler@RuralBusinessAttorneys.com

Of Attorneys for Defendants

IN THE UNITED STATES DISRICT COURT

FOR THE DISTRICT OF OREGON

| MONICA GARCIA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 6:11-CV-6407-TC |
| WILLIAM AMES CURTRIGHT, AMES PROPERTIES LLC, AMES RESEARCH LABORATORIES, | **NOTICE OF STIPULATED DISMISSAL** |
| Defendants. | |

Plaintiff, by and through the undersigned trustee of her bankruptcy estate, hereby gives notice that the above titled action has been settled. A true and accurate copy of the parties' settlement agreement is attached as exhibit 1 and incorporated by reference as if fully set forth here. Pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(A), Plaintiff voluntarily dismisses the above captioned civil action as to all Defendants with prejudice and without costs, disbursements, attorney fees, or prevailing party fees to either party.

Page 1

**NOTICE OF STIPULATED DISMISSAL**

TYLER SMITH & ASSOCIATES, P.C.
181 N. Grant St. STE 212, Canby, Oregon 97013
503-266-5590; Fax 503-266-5594

<017B>
<018B>
<019B>

Dated this 4th day of March, 2013

        By: <u>/s/ Ronald R. Sticka</u>
          Bankruptcy Trustee for the Estate of Plaintiff
          PO Box 10990
          Eugene, Oregon 97440

Defendants, by and through their undersigned attorney, hereby stipulate to the dismissal.

Dated this 6th day of March, 2013

        Tyler Smith & Associates, P.C.

        By: <u>/s/Tyler Smith</u>

          Tyler Smith, OSB# 075287
          Of Attorneys for Defendants
          181 N. Grant St., STE 212, Canby, OR 97013
          Phone: 503-266-5590; Fax: 503-266-5594

Page 2

**NOTICE OF STIPULATED DISMISSAL**        TYLER SMITH & ASSOCIATES, P.C.
        181 N. Grant St. STE 212, Canby, Oregon  97013
        503-266-5590; Fax 503-266-5594

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on the 14 day of March, 2013, I caused a true copy of Plaintiff's NOTICE OF STIPULATED DISMISSAL to be served upon the following named parties or their attorney by first class mail as indicated below and addressed to the following:

James Davis
Attorney for the Plaintiff
PO Box 7399
Salem, OR 97303

Service was performed electronically to CM/ECF participants.

DATED this 14 day of March, 2013.

Tyler Smith & Associates, P.C.

By: /s/Tyler Smith

Tyler Smith, OSB# 075287
Of Attorneys Defendants
181 N. Grant St., STE 212
Canby, OR 97013
Phone: 503-266-5590; Fax: 503-266-5594